NUMBER 13-04-399-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_____________________________________________________________________

JOEY GARCIA,                                                                 Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
_____________________________________________________________________

On appeal from the 28th District Court 
of Nueces County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Opinion Per Curiam

          Appellant, JOEY GARCIA, attempted to perfect an appeal from a judgment entered
by the 28th District Court of Nueces County, Texas. Sentence in this cause was imposed
on October 16, 2003. No timely motion for new trial was filed. The notice of appeal was
due to be filed on November 17, 2003, but was not filed until August 4, 2004. Said notice
of appeal is untimely filed. 
          Tex. R. App. P. 26.3 provides that the court of appeals may grant an extension of
time for filing notice of appeal if such notice is filed within fifteen days of the last day
allowed and within the same period a motion is filed in the court of appeals reasonably
explaining the need for such extension. Appellant failed to file his notice of appeal and a
motion requesting an extension of time within such period. 
          The Court, having considered the documents on file and appellant's failure to timely
perfect his appeal, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.
                                                                                                 PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).
Opinion delivered and filed this
the 16th day of September, 2004.